No. 573. CHICAGO & NORTH WESTERN RAILWAY CO. *v.* DEPARTMENT OF REVENUE OF ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Nelson Trottman* and *Lowell Hastings* for petitioner. *Latham Castle,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent. ▮

No. 835. VASQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John D. Cofer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States. ▮

No. 836. AETNA FREIGHT LINES, INC., *v.* CLAYTON. C. A. 2d Cir. Certiorari denied. *Edward D. Flaherty* for petitioner. *Richard Lipsitz* for respondent. ▮

No. 840. DAVIS ET AL. *v.* BUCK-JACKSON CORPORATION ET AL. C. A. 4th Cir. Certiorari denied. *J. Preston Swecker* for petitioners. *John H. Lewis, Jr.* for respondents. ▮

No. 842. NICHOLS *v.* UNITED STATES STEEL CORP. C. A. 6th Cir. Certiorari denied. *Jacob Levin* for petitioner. *James C. Davis, Laurence E. Oliphant, Jr.* and *John J. Adams* for respondent. ▮

No. 843. BETHLEHEM STEEL CO. *v.* CARDILLO, DEPUTY COMMISSIONER, SECOND COMPENSATION DISTRICT. C. A. 2d Cir. Certiorari denied. *Albert R. Connelly* for petitioner. *Solicitor General Sobeloff* and *Paul A. Sweeney* for respondent. ▮